AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Erik Ray Self

V.

Warden Robert Horel, et al.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-5347 MMC

TO:
Warden Robert Horel,
Captain R.L. Johnston,
Correctional Officer R. Tucker

all at:
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA  95531-7000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Erik Ray Self
Pelican Bay State Prison
J-87779 C7-104
P.O. Box 7000
Crescent City, CA  95531-7000

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

05-01-08

DATE

Alfred Amistoso

(BY) DEPUTY CLERK