

1  ERIK SELF
   CDCR NO. J87779
2  PBSP SHU = C7-104
   P.O. BOX 7500
3  CRESCENT CITY, CA.
4  95532-7500
   — IN PRO SE —
5

6

7

8          UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10 ERIK SELF (J87779),         )
11         PLAINTIFF.           ) CASE NO. C 07-5347 MMC (PR)
12    VS.                       ) REQUEST FOR APPOINTMENT OF
                                ) COUNSEL BY THE COURTS.
13 ROBERT HOREL,                ) 28 U.S.C. § 1915 (d); CIVIL L.R.
14 R.L. JOHNSON,                ) 11-4 (a)(6).
   R. TUCKER.                   )
15       DEFENDENTS             )

16

17   I, ERIK SELF, DECLARE THAT I AM THE PETITIONER TO

18 THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED

19 AT PELICAN BAY STATE PRISON, AND UNABLE TO AFFORD

20 COUNSEL.

21   I HEREBY REQUEST THE COURT TO TRY AND FIND A

22 LAWYER WILLING TO REPRESENT ME IN THE ABOVE TITLED

23 CASE, PERSUANT TO TERRELL V. BREWER (9TH CIR. 1991)

24 935 F.2d 1015; WILBORN V. ESCALDERON (9TH CIR. 1986)

25 789 F.2d 1328, 1331., SO THAT MY INTERESTS MAY BE

26 PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED.

27   I DECLARE UNDER PENALTY OF PERJURY THAT THE

28 FOREGOING IS TRUE AND CORRECT AND THIS PETITION WAS

(1)

ERIK SELF (J87779)              REQ. FOR APPOINT. OF COUNSEL
   VS.
ROBERT HOREL, ET AL.   CASE NO. C07-5347 MMC (PR)

1. EXECUTED ON  MAY 05, 2008  AT PELICAN BAY STATE
2. PRISON IN CRESCENT CITY, CALIFORNIA.

_____
PLAINTIFF, ERIK RAY SELF

(2)

ERIK SELF (J87779)   REQ. FOR APPOINT. OF COUNSEL
VS.
ROBERT HOREL, ET AL   CASE NO. C 07-5347 MMC (PR)

PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION. I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY STATE PRISON. MY ADDRESS IS:

> ERIK RAY SELF #J-87779
> PELICAN BAY STATE PRISON
> P.O. BOX 7500
> CRESCENT CITY, CA. 95532

ON THE DATE NEXT TO MY SIGNATURE, I SERVED:

* REQUEST FOR APPOINTMENT OF COUNSEL BY THE COURTS, 28§ U.S.C. 1915(d); CIVIL L.R. 11-4(a)(6).

BY DESPOSITING IT IN A SEALED ENVELOPE, POSTAGE PAID, IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS, ADDRESSED AS FOLLOWS:

> CLERK OF THE UNITED STATES DISTRICT COURT
> FOR THE NORTHERN DISTRICT OF CALIFORNIA
> 450 GOLDEN GATE AVENUE
> BOX 36060
> SAN FRANCISCO, CA 94102

EXECUTED AT CRESCENT CITY, CA. UNDER PENALTY OF PERJURY ON THE DATE SHOWN.

MAY 05, 2008
DATE

_____
PLAINTIFF, ERIK R. SELF

---

ERIK SELF (J87779)           PROOF OF SERVICE BY MAIL
vs.
ROBERT HOREL, ET AL.         CASE # C 07-5347 MMC (PR)

ERIK SELF #J-87777 ᴺ
PBSP-SHU # C7-104
P.O. BOX 7500
CRESCENT CITY, CA.
95533-7500

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666
MAILED FROM ZIPCODE 95531
UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
MAY 06 2008

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

BOX 36060

SAN FRANCISCO, CA. 94102

9410203432 0004