[C]LERK OF THE U.S. DISTRICT COURT
[NOR]THERN DISTRICT OF CALIFORNIA
[45]0 GOLDEN GATE AVENUE
[SA]N FRANCISCO, CA. 94102

ERIK SELF
PBSP-SHU # C7-104
P.O. BOX 7500
CRESCENT CITY, CA. 95532

JUNE 11, 2008

MR. RICHARD W. WIEKING,

GREETINGS! IS IT POSSIBLE TO HAVE YOU MAIL ME A COPY OF THE "FEDERAL RULES OF CIVIL PROCEDURES"? I'D HIGHLY APPRECIATE IT.

IN REGARDS TO SELF V. HOREL, ET AL., CASE # C 07-5347, HAS THE DEFENDANTS BEEN SERVED THE ABOVE CIVIL-CITED COMPLAINT? ALSO, HAVE THEY SUPPLIED THE ADDRESS OF THEIR ATTORNEY, AS OF YET?

I APOLOGIZE FOR THE INCONVIENENCE AND THANK YOU FOR YOUR TIME AND HELP.

SINCERELY,

[signature]

ERIK SELF #J-87779
PBSP-SHU # C7-104
P.O. BOX 7500
CRESCENT CITY, CA.
95532-7500

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.420
JUN 12 2008
UNITED STATES POSTAGE
PITNEY BOWES

CLERK OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

