1  ERIK SELF
   CDCR NO. J87779
2  PELICAN BAY STATE PRISON
   P.O. BOX 7500
3  CRESCENT CITY, CA 95532

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERIK RAY SELF (J87779),
   PLAINTIFF

VS.

ROBERT HOREL, WARDEN,
R.L. JOHNSON, CAPTAIN,
R. TUCKER, CORR. OFFICER,
   DEFENDANTS

CASE NO. C 07-5347 MMC(PR)

MOTION TO COMPEL DISCOVERY

ON JUNE 03, 2008, PLAINTIFF FILED ON ROBERT HOREL, WARDEN AT PELICAN BAY STATE PRISON, IN A SEALED ENVELOPE, PROPERLY ADDRESSED, THE FOLLOWING:
- REQUEST FOR PRODUCTION, SET NUMBER ONE,
- REQUEST FOR ADMISSION, SET NUMBER ONE, AND
- INTERROGATORIES, SET NUMBER ONE.

TO DATE, ALL HAVE GONE UNANSWERED.

ON JUNE 03, 2008, PLAINTIFF FILED ON R.L. JOHNSON, FACILITY CAPTAIN AT PELICAN BAY STATE PRISON, IN A SEALED ENVELOPE, PROPERLY ADDRESSED, THE FOLLOWING:
- REQUEST FOR ADMISSION, SET NUMBER TWO, AND
- INTERROGATORIES, SET NUMBER TWO.

---

ERIK SELF (J87779)           (1)       MOTION TO COMPEL DISC.
VS
ROBERT HOREL, ET AL.         CASE # C 07-5347 MMC (PR)

1  TO DATE, BOTH HAVE GONE UNANSWERED.
2  ON JUNE 03, 2008, PLAINTIFF FILED ON R. TUCKER,
3  CORRECTIONAL OFFICER AT PELICAN BAY STATE PRISON,
4  IN A SEALED ENVELOPE, PROPERLY ADDRESSED, THE
5  FOLLOWING:
6  • REQUEST FOR ADMISSION, SET THREE, AND
7  • INTERROGATORIES, SET THREE.
8  TO DATE, BOTH HAVE GONE UNANSWERED.
9  ON APRIL 29, 2008, THE COURTS ISSUED SUMMONS
10 AND OPENED DISCOVERY IN ACCORDANCE WITH THE
11 FEDERAL RULES OF CIVIL PROCEDURE. IT IS PLAINTIFF'S
12 UNDERSTANDING THAT IT IS HIS RESPONSIBILITY TO
13 PROSECUTE THIS CASE; THIS CANNOT BE DONE IF
14 DEFENDANTS CONTINUE TO STONEWALL THE PLAINTIFF
15 AND DISREGARD THE RULES OF THE COURT.
16 FOR THE ABOVE REASON, PLAINTIFF ASKS FOR
17 THE COURT TO INTERVENE ON THIS MATTER AND GRANT
18 HIS MOTION TO COMPEL DISCOVERY FROM ALL THE
19 DEFENDANTS.
20 I DECLARE UNDER PENALTY OF PERJURY THAT THE
21 FOREGOING IS TRUE AND CORRECT AND THAT THIS MOTION
22 WAS EXECUTED ON JULY 17, 2008, AT PELICAN BAY
23 STATE PRISON IN CRESCENT CITY, CALIFORNIA.
24
25                              _____
                                ERIK R. SELF,
26                                  PLAINTIFF
27
28

---

ERIK SELF (J87779)           (2)        MOTION TO COMPEL DISC.
   VS.
ROBERT HOREL ET AL           CASE # C 07-5347 MMC (PR)

1  ERIK SELF
   CDCR NO. J87779
2  PELICAN BAY STATE PRISON         CHAMBER'S COPY
   P.O. BOX 7500
3  CRESCENT CITY, CA. 95532

4       PRO SE

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA

10 ERIK RAY SELF (J87779),
11         PLAINTIFF           CASE NO. C 07-5347 MMC (PR)
12    VS.                      MOTION TO COMPEL DISCOVERY
13 ROBERT HOREL, WARDEN,
   R.L. JOHNSON, CAPTAIN,
14 R. TUCKER, CORR. OFFICER,
15         DEFENDANTS

16  ON JUNE 03, 2008, PLAINTIFF FILED ON ROBERT
17 HOREL, WARDEN AT PELICAN BAY STATE PRISON, IN A SEALED
18 ENVELOPE, PROPERLY ADDRESSED, THE FOLLOWING:
19  • REQUEST FOR PRODUCTION, SET NUMBER ONE,
20  • REQUEST FOR ADMISSION, SET NUMBER ONE, AND
21  • INTERROGATORIES, SET NUMBER ONE.
22 TO DATE, ALL HAVE GONE UNANSWERED.
23  ON JUNE 03, 2008, PLAINTIFF FILED ON
24 R.L. JOHNSON, FACILITY CAPTAIN AT PELICAN BAY STATE
25 PRISON, IN A SEALED ENVELOPE, PROPERLY ADDRESSED,
26 THE FOLLOWING:
27  • REQUEST FOR ADMISSION, SET NUMBER TWO, AND
28  • INTERROGATORIES, SET NUMBER TWO.

---

ERIK SELF (J87779)            (1)         MOTION TO COMPEL DISC.
VS.
ROBERT HOREL, ET AL                       CASE # C 07-5347 MMC (PR)

1 | TO DATE, BOTH HAVE GONE UNANSWERED.
2 | ON JUNE 03, 2008, PLAINTIFF FILED ON R. TUCKER,
3 | CORRECTIONAL OFFICER AT PELICAN BAY STATE PRISON,
4 | IN A SEALED ENVELOPE, PROPERLY ADDRESSED, THE
5 | FOLLOWING:
6 | • REQUEST FOR ADMISSION, SET THREE, AND
7 | • INTERROGATORIES, SET THREE.
8 | TO DATE, BOTH HAVE GONE UNANSWERED.
9 | ON APRIL 29, 2008, THE COURTS ISSUED SUMMONS
10 | AND OPENED DISCOVERY IN ACCORDANCE WITH THE
11 | FEDERAL RULES OF CIVIL PROCEDURE. IT IS PLAINTIFF'S
12 | UNDERSTANDING THAT IT IS HIS RESPONSIBILITY TO
13 | PROSECUTE THIS CASE; THIS CANNOT BE DONE IF
14 | DEFENDANTS CONTINUE TO STONEWALL THE PLAINTIFF
15 | AND DISREGARD THE RULES OF THE COURT.
16 | FOR THE ABOVE REASON, PLAINTIFF ASKS FOR
17 | THE COURT TO INTERVENE ON THIS MATTER AND GRANT
18 | HIS MOTION TO COMPEL DISCOVERY FROM ALL THE
19 | DEFENDANTS.
20 | I DECLARE UNDER PENALTY OF PERJURY THAT THE
21 | FOREGOING IS TRUE AND CORRECT AND THAT THIS MOTION
22 | WAS EXECUTED ON JULY 17, 2008, AT PELICAN BAY
23 | STATE PRISON IN CRESCENT CITY, CALIFORNIA.

_____
ERIK R. SELF,
PLAINTIFF

ERIK SELF (J87779)     (2)     MOTION TO COMPEL DISC.
VS.
ROBERT HOREL, ET AL.            CASE # C 07-5347 MMC (PR)

## PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION. I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY STATE PRISON. MY ADDRESS IS:

> ERIK SELF * J87779
> PELICAN BAY STATE PRISON
> P.O. BOX 7500
> CRESCENT CITY, CA 95532

ON THE DATE NEXT TO MY SIGNATURE I SERVED:

> * MOTION TO COMPEL DISCOVERY

BY DEPOSITING IT IN A SEALED ENVELOPE, POSTAGE PAID, IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS. ADDRESSED AS FOLLOWS:

* CLERK OF THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF CALIFORNIA
  1301 CLAY STREET, SUITE 400S
  OAKLAND, CA 94612-5212

* ROBERT HOREL, WARDEN
  PELICAN BAY STATE PRISON
  P.O. BOX 7500
  CRESCENT CITY, CA 95532

* R.L. JOHNSON, CAPTAIN
  PELICAN BAY STATE PRISON
  P.O. BOX 7500
  CRESCENT CITY, CA 95532

* R. TUCKER, CORRECTIONAL OFFICER
  PELICAN BAY STATE PRISON
  P.O. BOX 7500
  CRESCENT CITY, CA 95532

EXECUTED AT CRESCENT CITY, CA UNDER PENALTY OF PERJURY ON THE DATE SHOWN.

July 17, 2008
DATE

ERIK R. SELF,
PLAINTIFF

---

ERIK SELF (J87779)
 VS.
ROBERT HOREL, ET AL.

PROOF OF SERVICE

CASE # C 07-5347 MMC (PR)

ERIK SELF # J8.7779
PBSP-SHU # C7-104
P.O. BOX 7500
CRESCENT CITY, CA
95532-7500

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MMC

02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.59⁰
JUL 18 2008
UNITED STATES POSTAGE
PITNEY BOWES

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CA 94612-5212

9461235212 0037

PBSP
INDIGENT ENVELOPES

CONFIDENTIAL
LEGAL MAIL

7-17-08

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
(UNIT C-7)

8 Hopkins