July 17, 2008

QUICK NOTE TO THE: <u>CLERK OF THE COURTS.</u>

RE:

   ERIK SELF

      VS.                       CASE NO. 3:07-CV-05347-MMC

   ROBERT HOREL, ET AL

**FILED**
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ON MY COPY OF MY CIVIL DOCKET, IT LISTS "JURY DEMAND: None"

I DON'T KNOW IF IT'S IMPORTANT OR NOT:
IN MY ORIGINAL MOTION, PAGE #13, PARAGRAPH #36 IT DOES STATE: "PLAINTIFF, ERIK RAY SELF, HEREBY DEMANDS TRIAL BY JURY."

IF THE DOCKET IS IN REFERENCE TO THE JURY DEMAND ON MY COMPLAINT, I THOUGHT I SHOULD POINT THAT OUT. SORRY FOR THE INCONVENIENCE AND THANK YOU FOR YOUR TIME.

                                             SINCERELY,

                                             *[signature]*

                                         ERIK R. SELF