1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5726
     Fax: (415) 703-5843
8    Email: Michael.Quinn@doj.ca.gov

9  Attorneys for Defendants Horel, Tucker and Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK RAY SELF,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,<br><br>          Defendants. | C 07-5347 MMC<br><br>**DEFENDANTS' NOTICE OF LODGING OF CASE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants lodge the following case in support of the motion to dismiss:

1. *Nelson v. Woodford*, No. C-04-3684 CRB (PR), 2006 U.S. Dist. Lexis 11120 (N.D. Cal. Mar. 2, 2006), aff'd 249 Fed. Appx. 529 (9th Cir. 2007), a true and correct copy of which is attached as Exhibit "A."

Dated: July 24, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Michael J. Quinn*

MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants Horel, Tucker and Johnson

20123464.wpd
SF2008200096

Defs.' Not. of Lodging                                    E. R. Self v. R. Horel, et al.
                                                          C 07-5347 MMC

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   E. R. Self v. R. Horel, et al.

No.:   C 07-5347 MMC

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 25, 2008**, I served the attached

### DEFENDANTS' NOTICE OF LODGING OF CASE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Erik Ray Self, J-87779**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 25, 2008**, at San Francisco, California.

|                          |                          |
|--------------------------|--------------------------|
| M.M. Argarin             | *[signature]*            |
| Declarant                | Signature                |

20127887.wpd