EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants Horel, Tucker and Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK RAY SELF,<br><br>                            Plaintiff,<br><br>v.<br><br>ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,<br><br>                          Defendants. | C 07-5347 MMC<br><br>**DECLARATION OF R. TUCKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, R. TUCKER, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Property Officer in the Security Housing Unit at Pelican Bay State Prison. As a Property Officer, my responsibilities include reviewing publications purchased by inmates in order to determine whether the items are allowable in prison. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, would and could so testify. I submit this declaration in support of Defendants' motion for summary judgment.

2. I am familiar with sections of Title 15 of the California Code of Regulations that

Decl. of R.Tucker in Supp. of Defs.' Mot. Summ. J.        E. R. Self v. R. Horel, et al.
                                                                                                   C 07-5347 MMC

1

1  govern contraband. Section 3006(c)(17) states that inmates are not permitted to possess
2  "[s]exually explicit images that depict frontal nudity in the form of personal photographs,
3  drawings, magazines, or other pictorial format." Section 3006(c)(17)(A) defines sexually
4  explicit material as "material that shows the frontal nudity of either gender, including the
5  exposed female breast(s) and/or the genitalia of either gender."

6     3.   On April 19, 2007, I processed several books for Plaintiff, including "The Practical
7  Guide to Drawing." During my review, I discovered that at least seven pages of that book
8  depicted explicit images of frontal nudity, including exposed female breasts and male and female
9  genitalia.

10    4.   After reviewing the book, I informed Plaintiff via institutional mail that it was not
11 permitted in the prison under section 3006(c)(17) of Title 15 of the California Code of
12 Regulations.

13    I declare under penalty of perjury that the foregoing is true and correct. Executed at
14 Sacramento, California, on July 23, 2008.

                                                        *R. Tucker* (signature)
                                                        R. Tucker

Decl. of R. Tucker in Supp. of Defs.' Mot. Summ. J.          E. R. Self v. R. Horel, et al.
                                                                                   C 07-5347 MMC

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **E. R. Self v. R. Horel, et al.**

No.:   **C 07-5347 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 25, 2008**, I served the attached

### DECLARATION OF R. TUCKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Erik Ray Self, J-87779**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 25, 2008**, at San Francisco, California.

|  M.M. Argarin  |  *[signature]*  |
|  Declarant  |  Signature  |

20127888.wpd