IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK RAY SELF,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,<br><br>          Defendants. | C 07-5347 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

  The above-captioned case involves Plaintiff's claims that Defendants violated his First Amendment rights by denying him access to a book entitled "The Practical Guide to Drawing" because it contained photographs depicting full frontal nudity. Defendants moved this Court for summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure.

  This Court, having considered Defendants' Motion, the opposing and reply papers, the Court's files, and for good cause appearing, HEREBY ORDERS that Defendants' Motion for Summary Judgment is GRANTED.

Dated: _____

                          The Honorable Maxine Chesney
                          U.S. District Court Judge

[Proposed] Order                           E. R. Self v. R. Horel, et al.
                                      C 07-5347 MMC

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **E. R. Self v. R. Horel, et al.**

No.:   **C 07-5347 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 25, 2008**, I served the attached

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Erik Ray Self, J-87779**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 25, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | /s/ M.M. Argarin |
| Declarant | Signature |

20127889.wpd