```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Senior Assistant Attorney General
 3  ROCHELLE C. EAST
    Acting Senior Assistant Attorney General
 4  JONATHAN L. WOLFF
    Supervising Deputy Attorney General
 5  MICHAEL J. QUINN, State Bar No. 209542
    Deputy Attorney General
 6    455 Golden Gate Avenue, Suite 11000
      San Francisco, CA 94102-7004
 7    Telephone: (415) 703-5726
      Fax: (415) 703-5843
 8    Email: Michael.Quinn@doj.ca.gov

 9  Attorneys for Defendants Horel, Tucker and Johnson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK RAY SELF,<br><br>                                 Plaintiff,<br><br>    v.<br><br>ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,<br><br>                                 Defendants. | C 07-5347 MMC<br><br>**NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

TO THE COURT AND TO PLAINTIFF ERIK RAY SELF:

PLEASE TAKE NOTICE THAT Defendants Horel, Tucker, and Johnson move this Court, ex parte, to review *in camera*, and to file under seal pursuant to Local Rule 79-5, the attached Exhibit identified as Confidential Exhibit "A" for consideration in Defendants' Motion for Summary Judgment.

This motion is based upon this ex parte motion, the following memorandum of points and authorities, the declaration of R. Tucker, and the Court's file in this action.

Not. Mot. & Mot. to Seal Conf. Docs. in Supp. of Defs.' Mot. Summ. J.                                 E. R. Self v. R. Horel, et al.
                                                                                                      C 07-5347 MMC

# MEMORANDUM OF POINTS AND AUTHORITIES

## ARGUMENT

**I. THE PORTIONS OF "THE PRACTICAL GUIDE TO DRAWING" DEPICTING MALE AND FEMALE NUDITY SHOULD BE FILED UNDER SEAL AND REVIEWED *IN CAMERA*.**

Defendants move that the Court consider *in camera* and under seal Exhibit "A" attached to this motion. Defendants contend that Exhibit "A," which sets forth seven pages of "The Practical Guide to Drawing" that contain frontal nudity, including depictions of male and female genitalia, is sexually explicit contraband that violates section 3006(c)(17) of Title 15 of the California Code of Regulations.

The documents must remain confidential because Plaintiff is not permitted to possess "[s]exually explicit images that depict frontal nudity in the form of personal photographs, drawings, magazines, or other pictorial format." Cal. Code. Regs tit. 15, § 3006(c)(17) (2008). *In camera* review by the district court is appropriate "if prison security or similar paramount interests appear to require it . . . ." *Ponte v. Real*, 471 U.S. 491, 499 (1985). Here, *in camera* review is proper because allowing inmates to receive sexually explicit images would jeopardize not only the safety of jail employees, but also other inmates. *See Mauro v. Arpaio*, 188 F.3d 1054, 1061 (9th Cir. 1999). Such unrestricted access could lead to the bartering of sexually explicit materials and anatomical comparisons that could in turn lead to fights between inmates. *See id.* Moreover, allowing inmates to possess such materials could expose female correctional officers to sexual harassment and a hostile work environment. *See id.* at 1061-62.

Defendants also request that the Court keep these documents sealed for fifty years, rather than the term of ten years after they are archived. The need for confidentiality is not likely to vanish after a mere ten years. And there is no necessary and lawful reason for Plaintiff, other prisoners, or the public to access these confidential records in the future that would outweigh the security and safety needs mandating that they be kept confidential. Sealing them for fifty years should keep them sealed for the lifetime of those prisoners involved, including Plaintiff.

/ / /

/ / /

Not. Mot. & Mot. to Seal Conf. Docs. in Supp. of Defs.' Mot. Summ. J.     E. R. Self v. R. Horel, et al.
C 07-5347 MMC

2

## II.

## DEFENDANTS REQUEST THE RETURN OF THE SEALED DOCUMENTS.

Should the Court deny Defendants' Ex Parte Application for Order to Seal the Confidential Documents in Support of Defendants' Motion for Summary Judgment, Defendants request that the Court return the sealed documents to Defendants without unsealing the documents to the public.

## CONCLUSION

For the foregoing reasons, Defendants request that the Confidential Documents be sealed by the Court, reviewed *in camera* and not disclosed to Plaintiff or made part of any public record for fifty years.

Dated: July 24, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Senior Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

/s/ Michael J. Quinn

MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants Horel, Tucker and Johnson

20125205.wpd
SF2007200015

Not. Mot. & Mot. to Seal Conf. Docs. in Supp. of Defs.' Mot. Summ. J.     E. R. Self v. R. Horel, et al.
C 07-5347 MMC

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **E. R. Self v. R. Horel, et al.**

No.:   **C 07-5347 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 25, 2008**, I served the attached

### NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### DECLARATION OF R. TUCKER IN SUPPORT OF DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL

### [PROPOSED] ORDER GRANTING DEFENDANTS' EXPARTE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Erik Ray Self, J-87779**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 25, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | _/s/ M.M. Argarin_ |
| Declarant | Signature |