1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5726
    Fax: (415) 703-5843
8   Email: Michael.Quinn@doj.ca.gov

9  Attorneys for Defendants Horel, Tucker and Johnson

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| ERIK RAY SELF,                                  | C 07-5347 MMC |
|---|---|
|                                      Plaintiff, | DECLARATION OF R. TUCKER IN SUPPORT OF DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL |
| v.                                              | |
| ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer, | |
|                                     Defendants. | |

21      I, R. TUCKER, declare as follows:

22      1.   I am employed by the California Department of Corrections and Rehabilitation (CDCR)

23  as a Property Officer in the Security Housing Unit at Pelican Bay State Prison.  As a Property

24  Officer, my responsibilities include reviewing publications purchased by inmates in order to

25  determine whether the items are allowable in prison.  I am competent to testify to the matters set

26  forth in this declaration, and if called upon to do so, would and could so testify.  I submit this

27  declaration in support of Defendants' request to file documents under seal.

28      2.   I am familiar with sections of Title 15 of the California Code of Regulations that govern

Decl. of R. Tucker in Supp. of Defs.' Req. File Docs. Under Seal            E. R. Self v. R. Horel, et al.
                                                                                    C 07-5347 MMC

1 contraband. Section 3006(c)(17) states that inmates are not permitted to possess "[s]exually explicit images that depict frontal nudity in the form of personal photographs, drawings, magazines, or other pictorial format." Section 3006(c)(17)(A) defines sexually explicit material as "material that shows the frontal nudity of either gender, including the exposed female breast(s) and/or the genitalia of either gender."

3. On April 19, 2007, I processed several books for Plaintiff, including "The Practical Guide to Drawing." During my review, I discovered that at least seven pages of that book depicted explicit images of frontal nudity, including exposed female breasts and male and female genitalia.

4. Submitted for filing under seal as Confidential Exhibit "A" is a true and correct copy of the portion of the book that depicts explicit images of frontal nudity, including exposed female breasts and male and female genitalia.

5. Disclosure of Confidential Exhibit "A" would jeopardize not only the safety of prison employees, but also other inmates. Such unrestricted access could lead to the bartering of sexually explicit materials and anatomical comparisons that could in turn lead to fights between inmates. Moreover, allowing inmates to possess such materials could expose female correctional officers to sexual harassment and a hostile work environment.

6. A protective order is insufficient with respect to such documents because it cannot guarantee against disclosure, and the harm resulting from disclosure would be too great. These documents cannot be revealed because of the potential for purposeful or inadvertent disclosure to the inmate population. There is simply no way for a protective order to guarantee that the information will not make its way into the inmate population, and the potential harm is too severe to risk.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 23, 2008, at Crescent City, California.

*R. Tucker*
R. Tucker

Decl. of R. Tucker in Supp. of Defs.' Req. File Docs. Under Seal

E. R. Self v. R. Horel, et al.
C 07-5347 MMC

2