IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERIK RAY SELF,**<br><br>                                     Plaintiff,<br><br>          v.<br><br>**ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,**<br><br>                                     Defendants. | C 07-5347 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |

The Court has reviewed Defendants' Ex Parte Motion to File Confidential Documents Under Seal in Support of Defendants' Motion for Summary Judgment, attached as Exhibit A.

GOOD CAUSE APPEARING, the Court grants the Motion. The Court orders that the Confidential Documents in Support of Defendants' Motion for Summary Judgment be sealed by the Court and not disclosed to Plaintiff or made part of the public record for a period of fifty (50) years.

Dated: _____

                                                                    _____
                                                                    The Honorable Maxine Chesney
                                                                    U.S. District Court Judge

[Proposed] Order                                                                    E. R. Self v. R. Horel, et al.
                                                                                                         C 07-5347 MMC

1