EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants Horel, Tucker and Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK RAY SELF,<br><br>                                       Plaintiff,<br><br>v.<br><br>ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,<br><br>                                       Defendants. | C 07-5347 MMC<br><br>**DECLARATION OF MICHAEL J. QUINN IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY** |

I, MICHAEL J. QUINN, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section. I am admitted to practice before this Court and courts of the State of California. I have been assigned to represent Defendants Horel, Tucker, and Johnson (Defendants) in this case. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Stay Discovery.

2. Attached as Exhibit A is Plaintiff's first set of request for production of documents to

Decl. Quinn Supp. Defs.' Mot. Order Stay Disc.                               E. R. Self v. R. Horel, et al.
                                                                                                           C 07-5347 MMC

1

1  Defendant Horel, which were received by Defendants' counsel on July 1, 2008.

2     3.   Attached as Exhibit B is Plaintiff's first set of request for admissions to Defendant Horel, which were received by Defendants' counsel on July 1, 2008.

   4.   Attached as Exhibit C is Plaintiff's first set of interrogatories to Defendant Horel, which were received by Defendants' counsel on July 1, 2008.

   5.   Attached as Exhibit D is Plaintiff's first set of interrogatories to Defendant Tucker, which were received by Defendants' counsel on July 1, 2008.

   6.   Attached as Exhibit E is Plaintiff's first set of request for admissions to Defendant Tucker, which were received by Defendants' counsel on July 1, 2008.

   7.   Plaintiff's discovery requests contain numerous inquiries that are unrelated to the issue raised in the summary judgment motion, namely, whether section 3006(c)(17) of Title 15 of the California Code of Regulations prohibits Plaintiff from having access to "The Practical Guide to Drawing."

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on July 24, 2008.

*[signature]*

Michael J. Quinn
Deputy Attorney General

20124803.wpd
SF2007403391

Decl. Quinn Supp. Defs.' Mot. Order Stay Disc.    E. R. Self v. R. Horel, et al.
C 07-5347 MMC

2