# EXHIBIT   A

1  ERIK SELF
2  CDCR No. J87779
   PELICAN BAY STATE PRISON
   P.O. BOX 7500
3  CRESCENT CITY CA. 95532
4       IN PRO SE

5

6

7

8          UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10  ERIK RAY SELF (J.87779),

11        PLAINTIFF          CASE NO. C 07-5347 MMC (PR)

12     VS.                  REQUEST FOR PRODUCTION

13  ROBERT HOREL, WARDEN,
    R.L. JOHNSON, CAPTAIN,
14  R. TUCKER, CORR. OFFICER,
15        DEFENDANTS

16

17  PROPOUNDING PARTY: PLAINTIFF ERIK RAY SELF (J.87779)

18  RESPONDING PARTY: DEFENDANTS ROBERT HOREL, ET AL.

19  SET NUMBER:   ONE

20

21          ITEMS TO BE PRODUCED

22     REQUEST NO. 1:

23     COPIES OF THE "GUIDELINES" REGARDING THE APPLICATION

24  OF THE "CASE-BY-CASE" BASIS, IN WHICH THE CALIFORNIA CODE OF

25  REGULATIONS (CCR), TITLE 15 § 3006 (C) (17) (B)(2) REFERS TO.

26     REQUEST NO. 2:

27     COPIES OF ANY AND ALL DOCUMENTS WHICH CONTAIN,

28  MENTION OR DISCUSS CURRENT GUIDLINES FOR THE COLLEGE

                        (1)

ERIK SELF (J87779)              REQ. FOR PRODUCTION, SET 1
    VS.

1 COURSE PROGRAMS AIRED ON THE INSTITUTIONAL CHANNELS AT
2 PELICAN BAY STATE PRISON (PBSP). (THE TERM "DOCUMENTS" AS
3 USED HEREIN MEANS THE SAME AS THE TERM "WRITINGS" DEFINED
4 BY FEDERAL RULE OF EVIDENCE 1001.)
5    REQUEST NO. 3:
6   COPIES OF ANY AND ALL DOCUMENTS WHICH CONTAIN,
7 MENTION OR DISCUSS CURRENT GUIDELINES FOR THE ARTS
8 IN CORRECTIONS VIDEO PROGRAM AIRED ON THE INSTITUTIONAL
9 CHANNELS AT PBSP.
10    REQUEST NO. 4:
11   A LIST OF ALL VIDEOS BEING AIRED AT PBSP THAT
12 DEPICT FRONTAL NUDITY IN AN EDUCATIONAL OR ARTISTIC
13 SENSE.
14    REQUEST NO. 5:
15   A LIST OF ALL ARTBOOKS FOUND IN THE LIBRARY AT
16 PBSP.
17    REQUEST NO. 6:
18   COPIES OF ANY AND ALL DOCUMENTS EXPLAINING THE
19 OFFICIAL DUTIES OF DEFENDANTS.
20
21 DATED: JUNE 3 , 2008
                                 ERIK R. SELF, PLAINTIFF
22                                       PRO SE
23
24
25
26
27
28

ERIK SELF (J87779)                         REQ. FOR PRODUCTION, SET 1
  VS:

## PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION.
I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY
STATE PRISON. MY ADDRESS IS:

ERIK SELF # J-87779
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

ON THE DATE NEXT TO MY SIGNATURE I SERVED.

* MOTION FOR "REQUEST FOR PRODUCTION", SET NO. 1

BY DESPOSITING IT IN A SEALED ENVELOPE, POSTAGE PAID,
IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS.
ADDRESSED AS FOLLOWS:

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA. 95102

ROBERT HOREL, WARDEN
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

EXECUTED AT CRESCENT CITY CA. UNDER PENALTY OF PERJURY.
ON THE DATE SHOWN.

6/3/2008
DATE

ERIK R. SELF, PLAINTIFF

ERIK SELF (J87779)                                    PROOF OF SERVICE
    VS.
ROBERT HOREL ET AL

# EXHIBIT   B

1   ERIK SELF (J87779)

2   PELICAN BAY STATE PRISON
    P.O. BOX 7500
3   CRESCENT CITY, CA. 95532

4     IN PRO SE

5

6

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10  ERIK RAY SELF (J87779),

11        PLAINTIFF          CASE NO. C 07-5347 MMC (PR)

12    VS.
                             REQUESTS FOR ADMISSION
13  ROBERT HOREL WARDEN,
    R.L. JOHNSON, CAPTAIN,
14  R. TUCKER CORR. OFFICER,

15      DEFENDANTS

16  PROPOUNDING PARTY = PLAINTIFF ERIK RAY SELF (J87779)

17  RESPONDING PARTY =  DEFENDANT ROBERT HOREL, WARDEN

18  SET NUMBER (1)

19              REQUESTS FOR ADMISSION

20  1. ADMIT THAT THE CALIFORNIA CODE OF REGULATIONS (CCR),

21  TITLE 15 § 3006 (C)(17)(B)(2), MANDATES THAT INMATES BE

22  ALLOWED TO OBTAIN MATERIAL DEPICTING FRONTAL NUDITY

23  ON A CASE-BY-CASE BASIS WHEN SAID MATERIAL IS OF

24  EDUCATIONAL, SCIENTIFIC, OR/AND ARTISTIC VALUE.

25  2. ADMIT THAT THERE ARE NO INCIDENT REPORTS OR

26  OTHER RECORDS THAT WOULD LEAD ON OBSERVER TO BELIEVE

27  THAT PLAINTIFF HAS EVER ACTED IN SUCH A MANNER AS

28  TO WARRENT THE BELIEF THAT IF IN POSSESSION OF

                         (1)

1  TO WARRENT THE BELIEF THAT IF IN POSSESSION OF EDUCATIONAL,

2  SCIENTIFIC, AND/OR ARTISTIC MATERIAL DEPICTING FRONTAL

3  NUDITY, A SECURITY THREAT WOULD EXIST.

4     3. ADMIT THAT AN ARTBOOK THAT TEACHES THE

5  FUNDAMENTALS OF DRAWING IS EDUCATIONAL AND/OR

6  ARTISTIC IN AND OF ITSELF.

7     4. ADMIT THAT PELICAN BAY STATE PRISON (PBSP) HAS

8  A PRISON LIBRARY WHERE PRISONERS ARE ABLE TO CHECKOUT

9  ARTBOOKS.

10     5. ADMIT THAT PRISONERS ARE ALLOWED TO BUY AND

11  OWN PERSONAL BOOKS THAT ARE NOT DEEMED A SECURITY

12  THREAT, INCLUDDING ARTBOOKS.

13     6. ADMIT THAT DEFENDANT HAD NO INTENTION OF

14  ALLOWING PLAINTIFF HIS ARTBOOK ONCE IT WAS DISCOVERED

15  THAT IT DEPICTED FRONTAL NUDITY, REGARDLESS OF ITS

16  EDUCATIONAL, SCIENTIFIC, AND/OR ARTISTIC VALUE.

17     7. ADMIT THAT THE REASON THE BOOK, "THE PRACTICAL

18  GUIDE TO DRAWING" WAS DEEMED TO LACK ARTISTIC VALUE

19  WAS BECAUSE THE DEPICTED FRONTAL NUDITY WAS IN THE

20  FORM OF NUDE MODELS AND NOT THAT OF ARTISTIC RENDERINGS.

21     8. ADMIT THAT YOU NEGLECTED THE EDUCATIONAL VALUE

22  OF THE BOOK, "THE PRACTICAL GUIDE TO DRAWING" WHEN YOU

23  DETERMINED THAT IT LACKED ARTISTIC VALUE.

24     9. ADMIT THAT PBSP AIRS "COLLEGE VIDEOS" AND "ARTS

25  IN CORRECTIONS FINE ARTS VIDEOS" THAT HAVE AND/OR

26  CONTINUES TO DEPICT FRONTAL NUDITY.

27     JUNE 3, 2008

28     DATED

ERIK R. SELF, PLAINTIFF

PRO SE

(2)

ERIK SELF J87779                    REQ. FOR ADMISSION, SET (1)
VS.

# EXHIBIT  C

1  ERIK SELF
   CDCR NO. J87779
2  PELICAN BAY STATE PRISON
   P.O. BOX 7500
3  CRESCENT CITY, CA. 95532

4      IN PRO SE

5

6

7

8      UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA

10  ERIK RAY SELF (J87779),

11      PLAINTIFF            CASE NO.  C 07-5347 MMC (PR)

12  VS.

13  ROBERT HOREL, WARDEN,        INTERROGATORIES
    R.L. JOHNSON, CAPTAIN,
14  R. TUCKER, CORR. OFFICER,

15      DEFENDANTS

16  PROPOUNDING PARTY: PLAINTIFF ERIK RAY SELF J.87779

17  RESPONDING PARTY: DEFENDANT ROBERT HOREL, WARDEN

18  SET NUMBER (1)

19          INTERROGATORIES

20  1. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 1, SET

21  ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION, STATE

22  ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

23  2. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 1, SET

24  ONE, IS AN ADMISSION, DESCRIBE IN FULL ALL DOCUMENTS

25  THAT DISCUSS, MENTION, OR EXPLAIN THE BASIS OF YOUR

26  RESPONSE. (THE TERM "DOCUMENTS" AS USED HEREIN MEANS

27  THE SAME AS THE TERM "WRITINGS" DEFINED BY FEDERAL

28  RULE OF EVIDENCE 1001.)

(1)

1  3. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 2,
2  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
3  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

4  4. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 2,
5  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
6  IDENTIFY ALL WITNESSES WITH PERSONAL KNOWLEDGE OF THE
7  BASIS OF YOUR RESPONSE. (THE TERM "IDENTIFY" AS USED HEREIN
8  MEANS STATE THE NAME, TITLE AND LOCATION OF EMPLOYMENT
9  AND TELEPHONE NUMBER).

10  5. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 3,
11  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL
12  ADMISSION, STATE ALL THE FACTS UPON WHICH YOUR RESPONSE
13  IS BASED.

14  6. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 3,
15  SET ONE, IS AN ADMISSION, EXPLAIN THE REASON USED
16  IN DETERMING IT BEING A THREAT TO THE SECURITY OF
17  PELICAN BAY STATE PRISON (PBSP).

18  7. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 3,
19  SET ONE, IS AN ADMISSION, DESCRIBE IN FULL ALL
20  DOCUMENTS THAT DISCUSS, MENTION, OR EXPLAIN THE
21  BASIS OF YOUR DECIDING THE BOOK "THE PRACTICAL GUIDE
22  TO DRAWING" WAS A THREAT TO THE SECURITY OF P.B.S.P.

23  8. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 4,
24  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL
25  ADMISSION, STATE ALL THE FACTS UPON WHICH YOUR RESPONSE
26  IS BASED.

27  9. IF YOUR RESPONSE TO REQUEST FOR ADMISSION, NO. 5,
28  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVICAL

(2)

ERIK SELF (#J87779)                    INTERROGATORIES, SET ONE
VS.

1  ADMISSION, STATE ALL THE FACTS UPON WHICH YOUR RESPONSE

2  IS BASED.

3    10. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 6,

4  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL

5  ADMISSION, STATE ALL THE FACTS UPON WHICH YOUR RESPONSE

6  IS BASED.

7    11. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 6,

8  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL

9  ADMISSION, EXPLAIN ALL DOCUMENTED CASES WHERE

10  EDUCATIONAL, SCIENTIFIC, AND/OR ARTISTIC MATERIAL

11  DEPICTING FRONTAL NUDITY WAS ALLOWED WHEN PURCHASED

12  BY A PRISONER.

13    12. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 7,

14  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL

15  ADMISSION, EXPLAIN YOUR RESPONSE TO APPEAL NO.

16  PBSP-C-07-01080, WHERE YOU STIPULATE THAT, "PAGES

17  29, 53, 109 AND 125 ARE PHOTOGRAPHS, NOT ARTISTIC

18  RENDERINGS..." AND YOU GO ON TO SAY "...AND IT IS DEEMED

19  NOT TO CONTAIN ARTISTIC REFERENCE MATERIAL DEPICTING

20  HISTORICAL, MODERN, AND/OR POST MODERN ERA ART."

21    13. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 8,

22  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL

23  ADMISSION, STATE ALL THE FACTS UPON WHICH YOUR

24  RESPONSE IS BASED.

25    14. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 8,

26  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL

27  ADMISSION, DESCRIBE ALL DOCUMENTS USED IN DETERMINING

28  THAT THE BOOK "THE PRACTICAL GUIDE TO DRAWING" LACKED

(3)

ERIK SELF (J87779)                    INTERROGATORIES, SET ONE
    VS.

1  EDUCATIONAL OR SCIENTIFIC VALUE.

2  15. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 9,
3  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL
4  ADMISSION, STATE ALL FACTS UPON WHICH YOUR RESPONSE
5  IS BASED.

6  16. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 9,
7  SET ONE, IS ANYTHING OTHER THAN AN UNEQUIVOCAL
8  ADMISSION, DESCRIBE ALL DOCUMENTS USED TO EXPLAIN
9  THE BASIS OF YOUR RESPONSE.

10  17. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 9,
11  SET ONE, IS AN ADMISSION, EXPLAIN HOW THE DEPICTED
12  FRONTAL NUDITY IN THE VIDEOS ARE NOT A SECURITY
13  THREAT, WHEREAS THE FRONTAL NUDITY IN AN EDUCATIONAL
14  ARTBOOK IS A SECURITY THREAT.

15  18. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 9,
16  SET ONE IS AN ADMISSION DESCRIBE ALL DOCUMENTS
17  USED IN DETERMINING THAT AN EDUCATIONAL ARTBOOK DEPICTING
18  FRONTAL NUDITY POSES MORE OF A SECURITY THREAT
19  THEN THAT OF EDUCATIONAL VIDEOS THAT ALSO DEPICT FRONTAL
20  NUDITY.

21  19. EXPLAIN THE PROTOCOLS OF PRISONERS OBTAINING
22  PERSONAL BOOKS.

23  20. EXPLAIN THE CURRENT AND PAST PROTOCALS OF
24  EVALUATING A "CASE-BY-CASE" STUDY OF A BOOK IN
25  DETERMINING WHETHER IT CONTAINS EDUCATIONAL,
26  SCIENTIFIC AND/OR ARTISTIC VALUE.

27  JUNE 3, 2008
      DATED                 ERIK R. SELF, PLAINTIFF

28                          PRO·SE

(4)

## PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION. I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY STATE PRISON. MY ADDRESS IS:

ERIK SELF # J-87779
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

ON THE DATE NEXT TO MY SIGNATURE I SERVED:

* MOTION FOR "REQUEST FOR ADMISSION", SET NO. 1

* MOTION FOR "INTERROGATORIES", SET NO. 1

BY DESPOSITING THEM IN A SEALED ENVELOPE, POSTAGE PAID, IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS. ADDRESSED AS FOLLOWS:

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA. 94102

ROBERT HOREL, WARDEN
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

EXECUTED AT CRESCENT CITY, CA. UNDER PENALTY OF PERJURY ON THE DATE SHOWN.

6/3/2008
DATE

ERIK R. SELF, PLAINTIFF
PRO-SE

ERIK SELF (J87779)
VS.

PROOF OF SERVICE

# EXHIBIT  D

1   ERIK SELF
    CDCR J87779
2   PELICAN BAY STATE PRISON
    P.O. BOX 7500
3   CRESCENT CITY, CA. 95532

4       IN PRO SE

5

6

7

8           UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10  ERIK RAY SELF (J87779),

11          PLAINTIFF          CASE NO. C 07-5347 MMC (PR)

12      VS.

13  ROBERT HOREL, WARDEN,          INTERROGATORIES
    R.L. JOHNSON, CAPTAIN,
14  R. TUCKER, CORR. OFFICER,

15          DEFENDANTS

16  PROPOUNDING PARTY: PLAINTIFF ERIK RAY SELF (J87779)

17  RESPONDING PARTY: DEFENDANT R. TUCKER, CORR. OFFICER

18  SET NUMBER (3)

19              INTERROGATORIES

20      1.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. **1**,

21  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,

22  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

23      2.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 1,

24  SET 3, IS AN ADMISSION, DESCRIBE IN FULL ALL DOCUMENTS

25  THAT DISCUSS, MENTION, OR EXPLAIN THE BASIS OF YOUR

26  RESPONSE. (THE TERM "DOCUMENTS" AS USED HEREIN MEANS

27  THE SAME AS THE TERM "WRITINGS" DEFINED BY FEDERAL

28  RULE OF EVIDENCE 1001).

                        (1)

1   3.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 2,
2  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
3  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

4   4.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 2,
5  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
6  IDENTIFY ALL WITNESSES WITH PERSONAL KNOWLEDGE OF THE
7  BASIS OF YOUR RESPONSE. (THE TERM "IDENTIFY", AS USED HEREIN,
8  MEANS STATE THE NAME, TITLE, AND LOCATION OF EMPLOYMENT
9  AND TELEPHONE NUMBER).

10   5.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 3,
11  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
12  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

13   6.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 3,
14  SET 3, IS AN ADMISSION, EXPLAIN THE REASON USED IN
15  DETERMING THE BOOK "THE PRACTICAL GUIDE TO DRAWING"
16  BEING A SECURITY THREAT TO PELICAN BAY STATE PRISON (PBSP)

17   7.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 3,
18  SET 3, IS AN ADMISSION, DESCRIBE IN FULL ALL DOCUMENTS
19  THAT DISCUSS, MENTION, OR EXPLAIN THE BASIS OF YOUR
20  DECIDING THE BOOK "THE PRACTICAL GUIDE TO DRAWING" WAS
21  A THREAT TO THE SECURITY OF PBSP.

22   8.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 4,
23  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
24  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

25   9.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 5,
26  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
27  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.

28   10.  IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 6,

(2)

ERIK SELF (J87779)                    INTERROGATORIES, SET 3
    vs.

1  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
2  STATE ALL THE FACTS UPON WHICH YOUR RESPONSE IS BASED.
3   11. IF YOUR RESPONSE TO REQUEST FOR ADMISSION NO. 6,
4  SET 3, IS ANYTHING OTHER THAN AN UNEQUIVOCAL ADMISSION,
5  EXPLAIN ALL DOCUMENTED CASES WHERE EDUCATIONAL,
6  SCIENTIFIC AND/OR ARTISTIC MATERIAL DEPICTING FRONTAL
7  NUDITY WAS ALLOWED WHEN PURCHASED BY A PRISONER.
8   12.  EXPLAIN THE CURRENT AND PAST PROTOCOLS OF
9  PRISONERS OBTAINING PERSONAL BOOKS.
10   13.  EXPLAIN THE CURRENT AND PAST PROTOCOLS OF
11  EVALUATING A "CASE-BY-CASE" STUDY OF A BOOK IN
12  DETERMINING WHETHER IT CONTAINS EDUCATIONAL,
13  SCIENTIFIC, AND/OR ARTISTIC VALUE.
14
15  ___JUNE 3, 2008___        _____
16        DATE                ERIK R. SELF, PLAINTIFF
17                                   PRO. SE
18
19
20
21
22
23
24
25
26
27
28

ERIK SELF (J87779)              INTERROGATORIES, SET 3
      VS.
ROBERT HOREL, ET AL.

## PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION.
I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY
STATE PRISON. MY ADDRESS IS:

ERIK SELF # J87779
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

ON THE DATE NEXT TO MY SIGNATURE I SERVED:

* MOTION FOR "REQUEST FOR ADMISSION", SET #3
* MOTION FOR "INTERROGATORIES", SET #3
BY DESPOSITING THEM IN A SEALED ENVELOPE, POSTAGE
PAID, IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS.
ADDRESSED AS FOLLOWS:

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA. 94102

R. TUCKER, CORRECTIONAL OFFICER
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

EXECUTED AT CRESCENT CITY, CA. UNDER PENALTY OF PERJURY.
ON THE DATE SHOWN.

JUNE 3, 2008
DATE

ERIK R. SELF, PLAINTIFF

ERIK R. SELF (J87779)
VS.

PROOF OF SERVICE

# EXHIBIT E

1  ERIK SELF
   CDCR NO. J87779
2  PELICAN BAY STATE PRISON
   P.O. BOX 7500
3  CRESCENT CITY, CA. 95532

4      IN PRO SE

5

6

7

8         UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10 ERIK RAY SELF (J87779),

11        PLAINTIFF          CASE NO. C07-5347 MMC (PR)

12   VS.

13 ROBERT HOREL, WARDEN,      REQUEST FOR ADMISSION
   R.L. JOHNSON, CAPTAIN,
14 R. TUCKER, CORR. OFFICER,

15    DEFENDANTS

16  PROPOUNDING PARTY : PLAINTIFF ERIK RAY SELF (J87779)

17  RESPONDING   PARTY : DEFENDANT R. TUCKER, CORR. OFFICER

18  SET NUMBER (3)

19           REQUEST FOR ADMISSION

20  1. ADMIT THAT THE CALIFORNIA CODE OF REGULATIONS (CCR),

21 TITLE 15 § 3006 (C)(17)(B)(2) MANDATES THAT INMATES BE

22 ALLOWED TO OBTAIN MATERIAL DEPICTING FRONTAL NUDITY

23 ON A CASE-BY-CASE BASIS WHEN SAID MATERIAL IS OF

24 EDUCATIONAL, SCIENTIFIC, AND/OR ARTISTIC VALUE.

25  2. ADMIT THAT THERE ARE NO INCIDENT REPORTS OR

26 OTHER RECORDS THAT WOULD LEAD AN OBSERVER TO BELIEVE

27 THAT PLAINTIFF HAS EVER ACTED IN SUCH A MANNER  AS

28 TO WARRENT THE BELIEF THAT IF IN POSSESSION  OF

                    (1)

1  EDUCATIONAL, SCIENTIFICAL, AND/OR ARTISTICAL MATERIAL
2  DEPICTING FRONTAL NUDITY. A SECURITY THREAT WOULD EXIST.
3      3. ADMIT THAT AN ARTBOOK THAT TEACHES THE
4  FUNDAMENTALS OF DRAWING IS EDUCATIONAL AND/OR ARTISTIC
5  IN AND OF ITSELF.
6      4. ADMIT THAT PELICAN BAY STATE PRISON (PBSP) HAS
7  A PRISON LIBRARY WHERE PRISONERS' CAN CHECK OUT
8  ARTBOOKS.
9      5. ADMIT THAT PRISONERS' ARE ALLOWED TO BUY AND
10  OWN PERSONAL BOOKS THAT ARE NOT DEEMED A SECURITY
11  THREAT, INCLUDDING ARTBOOKS.
12      6. ADMIT THAT DEFENDANTS' HAD NO INTENTION OF
13  GIVING PLAINTIFF HIS ARTBOOK ONCE IT WAS DISCOVERED
14  THAT IT DEPICTED FRONTAL NUDITY, REGARDLESS OF ITS
15  EDUCATIONAL, SCIENTIFIC, AND/OR ARTISTIC VALUE.
16
17  DATED: JUNE 3, 2008
18                          ERIK R. SELF, PLAINTIFF
                                    PRO SEC
19
20
21
22
23
24
25
26
27
28

(2)