IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK RAY SELF,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT HOREL, Warden, R.L. JOHNSTON, Captain, R. TUCKER, Correctional Officer,<br><br>　　　　　　　　　　　Defendants. | C 07-5347 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY |

　　　Defendants Horel, Tucker, and Johnson (Defendants) moved this Court to stay discovery pending their Motion for Summary Judgment. The motion contends that because there is no triable issue regarding whether section 3006(c)(17) of Title 15 of the California Code of Regulations prohibits Plaintiff from having access to "The Practical Guide to Drawing," summary judgment should be granted in favor of Defendants. Defendants also argue that they are entitled to the defense of qualified immunity. After full consideration and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion for a Stay is granted.

///

///

///

///

[Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E. R. Self v. R. Horel, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-5347 MMC

1 | Discovery, including all discovery motions, is stayed until further order of the Court.

2

3 | Dated: _____

                                         The Honorable Maxine Chesney
                                         U.S. District Court Judge

20124792.wpd
SF2008200096

[Proposed] Order                                                                           E. R. Self v. R. Horel, et al.
                                                                                                     C 07-5347 MMC