1  ERIK SELF
   CDCR NO. J87779
2  PELICAN BAY STATE PRISON
   P.O. BOX 7500
3  CRESCENT CITY, CA. 95532
4     PRO SE

**FILED**

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

11  ERIK RAY SELF (J87779),

12                    PLAINTIFF          CASE NO. C 07-5347 MMC

13      VS.

14  ROBERT HOREL, WARDEN,           DECLARATION OF INMATE
    R.L. JOHNSON, CAPTAIN,          JESUS RUIZ, #V29408, IN
15  R. TUCKER, CORR. OFFICER,       SUPPORT OF PLAINTIFF'S MOTION
16                    DEFENDANTS    OF OPPOSITION FOR SUMMARY
                                    JUDGEMENT.

18  I, JESUS RUIZ, DECLARE:

19   1. I AM AN INMATE OF THE CALIFORNIA DEPARTMENT OF
20  CORRECTIONS AND REHABILITATION (CDCR) HOUSED AT PELICAN
21  BAY STATE PRISON (PBSP) IN CRESCENT CITY, CALIFORNIA,
22  WITHIN THE COUNTY OF DEL NORTE.

23   2. I AM CONFINED TO THE SECURITY HOUSING UNIT (SHU),
24  C FACILITY, BUILDING 7, CELL NUMBER 101, AND RESIDE
25  A FEW CELLS DOWN FROM PLAINTIFF.

26   3. I AM OVER THE AGE OF 18 AND COMPETENT TO
27  TESTIFY TO THE MATTERS SET FORTH IN THIS DECLARATION,
28  AND IF CALLED UPON TO DO SO, WOULD AND COULD SO

---

ERIK SELF (J87779)                  DECL. OF J. RUIZ IN SUPP. OF PLAINTIFF'S
   VS.                              OPP. FOR SUMM. J.
ROBERT HOREL ET AL

1. TESTIFY. I SUBMIT THIS DECLARATION IN SUPPORT OF
2. PLAINTIFF'S MOTION OF OPPOSITION FOR SUMMARY JUDGEMENT.
3. 4. THE SHU IS DESIGNED TO LIMIT INMATE TO INMATE
4. CONTACT. THOUGH I AM ABLE TO CONVERSE WITH PLAINTIFF,
5. THIS DELARANT IS UNABLE TO TOUCH PLAINTIFF, OR ANY
6. OTHER SHU INMATE WITH THE SOLE EXCEPTION OF MY
7. CELL-MATE. SHU INMATES DO NOT PROGRAM TOGETHER,
8. DO NOT GO TO YARD TOGETHER, NOR DOES SHU INMATES
9. GROUP SHOWER. SHU INMATES ARE KEPT ISOLATED FROM
10. ONE ANOTHER WITH THE EXECPTION OF THE VERY FEW WHO
11. HAS CELL-MATES, SUCH AS MYSELF.
12. 5. PLAINTIFF DOES NOT HAVE A CELL-MATE.
13. 6. PBSP AIRS EDUCATIONAL VIDEOS FOR THE WHOLE OF
14. THE INMATE POPULATION WHO HAPPENS TO OWN TELEVISIONS.
15. SOME OF THESE VIDEOS DEPICT FRONTAL NUDITY IN THE FORM
16. OF STATUES, "ARTISTIC RENDERINGS", AND/OR ACTUAL BEINGS.
17. 7. I AM NOT ENROLLED IN ANY PROGRAM.
18. I DECLARE UNDER PENALTY OF PERJURY THAT THE
19. FOREGOING IS TRUE AND CORRECT. EXECUTED AT
20. CRESCENT CITY CALIFORNIA ON 08/07/08, 2008.

JESUS RUIZ, # V29408

ERIK SELF (J87779)
VS.
ROBERT HOREL ET AL

DECL. OF J. RUIZ IN SUPP. OF PLAINTIFF'S OPP. FOR SUMM. J.

CASE # C 07-5347 MMC

## PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION. I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY STATE PRISON. MY ADDRESS IS:

>ERIK SELF #J87779
>PELICAN BAY STATE PRISON
>P.O. BOX 7500
>CRESCENT CITY, CA. 95532

ON THE DATE NEXT TO MY SIGNATURE I SERVED:

* PLAINTIFF'S MOTION OF OPPOSITION FOR SUMMARY JUDGEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS "A", "B", AND "C".

BY DESPOSITING IT IN A SEALED ENVELOPE, POSTAGE PAID, IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS, ADDRESSED AS FOLLOWS:

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102

MICHAEL J. QUINN
DEPUTY ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA. 94102-7004

EXECUTED AT CRESCENT CITY, CALIFORNIA UNDER PENALTY OF PERJURY ON THE DATE SHOWN.

Aug. 10, 2008
DATE

ERIK R. SELF,
PLAINTIFF

---

ERIK SELF (J87779)
VS.

PROOF OF SERVICE