1 ERIK SELF * J87779
  P.B.S.P.-SHU #C7-104
2 P.O. BOX 7500
  CRESCENT CITY, CA 95532
3
    PRO-SE
4

**FILED**

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ERIK RAY SELF (J87779),

    PLAINTIFF

  VS.

ROBERT HOREL, WARDEN,
R.L. JOHNSON, CAPTAIN,
R. TUCKER, CORR. OFFICER,

    DEFENDANTS

CASE NO. C-07-05347 MMC

OPPOSITION TO DEFENDANT'S NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

TO THE COURTS AND TO THE DEFENDANTS:

PLAINTIFF IS IN OPPOSITION TO THE SEALING EXHIBIT "A" OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT. SUCH MATERIAL WOULD NOT ENDANGER THE SAFETY OF THIS INSTITUTION. PLAINTIFF ALREADY HAS RUNIC BOOKS (SEE EXHIBIT B OF PLAINTIFF OPPOSITION TO SUMMARY JUDGEMENT) WHICH THIS PRISON DEEMS A SECURITY THREAT. (SEE IN RE TYSON, DN COUNTY S.CT CASE NO. HCPB02-5223) SURELY THIS DEMONSTRATES THE LACK OF A SECURITY THREAT, ESPECIALLY CONSIDERING PLAINTIFF IS LOCKED DOWN INSIDE THE SECURITY HOUSING UNIT WHERE HE IS KEPT IN ISOLATED CONFINEMENT. (SEE EXH. 3 OF OPP. TO SUMM. J.)

ERIK SELF J87779     (1)    MOT. TO OPP. SEAL CONF. DOCS. IN SUMM. J.
  VS.

1  IF THE COURTS BELIEVE THERE STILL WOULD EXIST A
2  SECURITY THREAT, PLAINTIFF MOVES TO ASK THE COURT TO
3  POSTPONED THE SEALING FOR FIVE MONTHS AND RECON-
4  SIDER THEN. IN APPROXIMATELY FOUR MONTHS ON
5  DECEMBER 8, 2008, PLAINTIFF WILL PAROLE FROM
6  CUSTODY, AND IN SO DOING, HAVING SUCH MATERIAL
7  WOULD BE NO CAUSE OF ALARM FOR THE SECURITY
8  OF THIS PRISON. (SEE EXHIBIT "A" OF OPP. TO SUMM. JUDGEMENT)
9     ALSO, PLAINTIFF WOULD ALSO LIKE TO ASK THE
10 COURT TO REQUEST FROM DEFENDANTS THE WHOLE
11 BOOK, "THE PRACTICAL GUIDE TO DRAWING", SO THAT THE
12 COURT COULD GUAGE THE BOOK AS A WHOLE, NOT
13 AS SELECTED BITS AND PIECES THE DEFENDANTS
14 WOULD LIKE TO SEE TO JUSTIFY THEIR OWN MEANS.
15
16 I SWEAR THAT THE FOREGOING IS TRUE AND CORRECT TO
17 THE BEST OF MY KNOWLEGE AND BELIEF AND THAT
18 THIS MOTION WAS EXECUTED ON Aug. 10TH, 2008 IN
19 CRESCENT CITY, CALIFORNIA.

                                ERIK R. SELF,
                                  PLAINTIFF

ERIK SELF J87779          (2)      MOT. TO OPP. SEAL CONF. DOCS IN SUMM. J.
VS.
ROBERT HOREL ET AL.

PROOF OF SERVICE BY MAIL

I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION. I RESIDE IN THE COUNTY OF DEL NORTE AT PELICAN BAY STATE PRISON. MY ADDRESS IS:

> ERIK SELF #J87779
> PELICAN BAY STATE PRISON
> P.O. BOX 7500
> CRESCENT CITY, CA 95532

ON THE DATE NEXT TO MY SIGNATURE I SERVED:

* OPPOSITION TO DEFENDENT'S NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT FOR SUMMARY JUDGEMENT.

BY DESPOSITING IT IN A SEALED ENVELOPE, POSTAGE PAID, IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS, ADDRESSED AS FOLLOWS:

> CLERK OF THE UNITED STATES DISTRICT COURT
> FOR THE NORTHERN DISTRICT OF CALIFORNIA
> 450 GOLDEN GATE AVENUE
> BOX 36060
> SAN FRANCISCO, CA 94102
>
> MICHAEL J. QUINN
> DEPUTY ATTORNEY GENERAL
> 455 GOLDEN GATE AVENUE, SUITE 11000
> SAN FRANCISCO, CA 94102-7004

EXECUTED AT CRESEENT CITY, CALIFORNIA UNDER PENALTY OF PERJURY ON THE DATE SHOWN.

Aug. 10, 2008
DATE

ERIK R. SELF,
PLAINTIFF

---

ERIK SELF (J87779)
vs.
ROBERT HOREL ET AL.

PROOF OF SERVICE

CASE # C 07 5347 MMC