1  ERIK SELF
   CDCR J87779
2  PELICAN BAY STATE PRISON
   P.O. BOX 7500
3  CRESCENT CITY, CA 95532
4     PRO SE

**FILED**

AUG 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

11  ERIK RAY SELF (J87779),
12           PLAINTIFF              CASE NO. C 07-5347 MMC
13     VS.
14  ROBERT HOREL, WARDEN,           MOTION FOR SETTLEMENT
    R.L. JOHNSON, CAPTAIN.          CONFERENCE BY TELEPHONE,
15  R. TUCKER, CORR. OFFICER,       LOCAL RULE 16-15 (b)(5)
16           DEFENDANTS

18   PLAINTIFF IN THIS MATTER SEEKS FROM THE COURT A
19   SETTLEMENT CONFERENCE BY TELEPHONE IN AN ATTEMPT
20   TO INFORMALLY RESOLVE THE CASE.
21   FROM THE SETTLEMENT CONFERENCE, PLAINTIFF SEEKS
22   TO OBTAIN FILING COSTS AND PELICAN BAY STATE PRISON'S
23   WILLINGNESS TO EXTRACT PAGES FROM PUBLICATIONS,
24   AT THE PRISONERS' REQUEST, THAT MAY DEPICT "INCIDEN-
25   TAL" NUDITY (FRONTAL), THUS SAFEGUARDING PRISONERS'
26   CONSTITUTIONAL RIGHTS, WHILE ALSO CONFORMING TO
27   THE PRISONS NEEDS. THAT'S IT!
28   Aug. 10, 2008
     DATE                           ERIK R. SELF, PLAINTIFF

ERIK SELF (J87779)                  MOT. FOR SETT. CONF. BY PHONE
VS.

## PROOF OF SERVICE BY MAIL

1  I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS
2  ACTION. I RESIDE IN THE COUNTY OF DEL NORTE AT
   PELICAN BAY STATE PRISON. MY ADDRESS IS:
3         ERIK SELF #J87779
4         PELICAN BAY STATE PRISON
          P.O. BOX 7500
5         CRESCENT CITY, CA 95532

6  ON THE DATE NEXT TO MY SIGNATURE I SERVED:
7     * MOTION FOR SETTLEMENT CONFERENCE BY
8        TELEPHONE, LOCAL RULES 16-15 (b)(5)
9
10 BY DESPOSITING IT IN A SEALED ENVELOPE, POSTAGE PAID,
   IN THE UNITED STATES MAIL, VIA PRISON OFFICIALS,
11 ADDRESSED AS FOLLOWS:
12
13 CLERK OF THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
14 450 GOLDEN GATE AVENUE
15 BOX 36060
   SAN FRANCISCO, CA 94102
16
17 MICHAEL J. QUINN
18 DEPUTY ATTORNEY GENERAL
   455 GOLDEN GATE AVENUE, SUITE 11000
19 SAN FRANCISCO, CA 94102-7004
20
21 EXECUTED AT CRESCENT CITY, CALIFORNIA UNDER
   PENALTY OF PERJURY ON THE DATE SHOWN.
22
23 Aug. 10, 2008                    _____
24    DATE                          ERIK SELF,
25                                     PLAINTIFF
26
27
28

ERIK SELF (J87779)                PROOF OF SERVICE
VS.
ROBERT HOREL, ET AL.              CASE # C 07-5347